**Order entered December 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01024-CR

### SIMON SAMUEL LOPEZ, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80596-10**

## ORDER

Before the Court is appellant's December 13, 2016 motion to withdraw as attorney and motion to extend time to file his brief.

We **GRANT** appellant's motion to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Tim Avery as appointed counsel for the appeal.

We **ORDER** the trial court to appoint new counsel to represent appellant on appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **GRANT** appellant's motion to extend time to file his brief. Appellant's brief shall be filed at a date to be determined after the trial court appoints new counsel and the appeal is reinstated.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.


/s/     LANA MYERS
        JUSTICE